IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAMERON GRAHAM, as trustee for
ANDREW GRAHAM; JOSEPH PEREZ,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                                           1:20-cv-00956-MV-LF

EVANSTON INSURANCE COMPANY,
DESERT STATE LIFE MANAGEMENT, a
domestic nonprofit corporation; PAUL A.
DONISTHORPE; HELEN BENNETT,
LIANE KERR; SCOTT KOMINIAK; and
JUDY MAHAR,

    Defendants.[1]

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Notice of Stipulated Dismissal with Prejudice [Doc. 20]. The Court construes the Notice as an unopposed motion for an order of dismissal, and construes the motion as being made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court finds that the motion is well-taken and should be granted.

IT IS ORDERED that, pursuant to Rule 41(a), this action is dismissed, in its entirety, with prejudice. Each party shall bear their own costs and attorneys' fees.

_____
The Honorable Martha Vázquez
Senior United States District Judge

---

[1] See docket for complete caption including counterclaims and third-party claims.